AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

DONNA ZYDEK, Individually and on Behalf of All Others Similarly Situated

V.

VISION INTEGRATED GRAPHICS GROUP, LLC

CASE NUMBER: 1:21-cv-1306

ASSIGNED JUDGE: Honorable Joan H. Lefkow

DESIGNATED MAGISTRATE JUDGE: Honorable Beth W. Jantz

TO: (Name and address of Defendant)

VISION INTEGRATED GRAPHICS GROUP, LLC
c/o Michael S. Roberts
305 North Peoria Street, Suite 200
Chicago, Illinois 60607

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Josh Sanford
SANFORD LAW FIRM, PLLC
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
501-221-0088; josh@sanfordlawfirm.com

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Carolina Roman* (signature)

(By) DEPUTY CLERK



March 18, 2021

DATE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-1306

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* VISION INTEGRATED GRAPHICS GROUP, LLC was received by me on *(date)* Mar 22, 2021, 9:33 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* BARBARA SMITH , who is designated by law to accept service of process on behalf of *(name of organization)* VISION INTEGRATED GRAPHICS GROUP, LLC on *(date)* Tue, Mar 23 2021 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 3/24/2021

*Server's signature*

Steven A. Stosur - Process Server - License #117-001119

*Printed name and title*

**2100 Manchester Rd., Ste 503-2
Wheaton, IL 60187**

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Mar 23, 2021, 1:41 pm at 305 N. PEORIA ST., SUITE 200, CHICAGO, IL 60607 received by VISION INTEGRATED GRAPHICS GROUP, LLC, WHERE THE DOCUMENT WAS ACCEPTED BY BARBARA SMITH, AUTHORIZED RECIPIENT.

DELIVERED TO THE ABOVE-NAMED WAS A SUMMONS IN A CIVIL CASE AND ORIGINAL COMPLAINT —COLLECTIVE ACTION.